# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUSCLE SPORTS PRODUCTS LLC, <br><br> Defendant. | Case No.: 16-cv-01954-H-AGS <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE** <br><br> [Doc. No. 23.] |

On April 19, 2017, the parties filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own fees and costs. (Doc. No. 13.) The Court, for good cause shown, grants the joint motion to dismiss and dismisses the entire action with prejudice, with each party to bear its own fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: April 24, 2017

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT